UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG SI VUONG,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>G. HALL, WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 07-5317 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on counsel for petitioner
3 and respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: June 29, 2015

                            _____
                                  DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE