UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG SI VUONG, | ) | Case No. CV 07-5317 DMG(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| G. HALL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 29, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE